# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO HARDY, <br> AIS 186522, | : <br> : |
| Petitioner, | : |
| vs. | :     CA 11-0548-WS-C |
| LEEPOSEY DANIELS, et al., | : <br> : |
| Respondents. | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 16, 2011 is **ADOPTED** as the opinion of this Court.

**DONE** this 13th day of January, 2012.

                                        s/WILLIAM H. STEELE
                                        CHIEF UNITED STATES DISTRICT JUDGE